# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOSHUA J. WHITE, SR.

NO. 2019 KW 1099

**NOV 25 2019**

In Re:    Joshua J. White, Sr., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 07-19-0669 c/w DC-19-05371.

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED AS MOOT.**  The records of the office of the Clerk of Court of East Baton Rouge Parish indicate the district court acted on relator's motion for release on September 4, 2019.  Therefore, his motion for release under La. Code Crim. P. art. 701(B) filed with the district court on or about July 31, 2019, is moot.  <u>See</u> **State v. Varmall**, 539 So.2d 45 (La. 1989) (per curiam).  It is further noted the records show that relator was indicted on August 21, 2019.

                                    **JMM**
                                    **MRT**
                                    **WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT